UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN EDWARD MCCLAIN-DOUGLAS, | Case No. 2:22-cv-00225-ART-NJK |
| Plaintiff, | ORDER |
| v. | |
| JACK AMES, et al., | |
| Defendant(s). | |

*Pro se* Plaintiff Sean Edward McClain-Douglas brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Nancy J. Koppe (ECF No. 3), recommending dismissal of Plaintiff's complaint with prejudice. Plaintiff had until April 20, 2022 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R, and will dismiss Plaintiff's complaint with prejudice.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because there is no objection, the Court need not conduct de novo review,

1  and is satisfied Judge Koppe did not clearly err. Here, Judge Koppe recommends
2  dismissal with prejudice because Plaintiff's complaint consists of unintelligible
3  demands against two state judges based vaguely on sovereign citizen principles,
4  which courts have uniformly rejected, so leave to amend would be futile. (ECF
5  No. 3 at 2.) The Court agrees with Judge Koppe. Having reviewed the R&R and
6  the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's complaint be DISMISSED with prejudice.

DATED THIS 21st day of July 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE